IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEVIN HARPER,

        Plaintiff,

        Case No. CV 05-1005

v.

STATE FARM FIRE AND CASUALTY COMPANY,

        Defendant.

**ORDER OF COURT**

This __9th__ day of __Nov__, 2005, it is ORDERED that Defendant State Farm Fire and Casualty Company's Motion to Dismiss Count III of Plaintiff's Complaint is DENIED. *W/out prejudice to raise the issue under Rule 56 on a fully developed record.*

_____