## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEVIN HARPER,

        Plaintiff,

                              Case No. CV 05-1055

v.

STATE FARM FIRE AND
CASUALTY COMPANY,

        Defendant.

## ORDER OF COURT

This 13th day of Dec, 2005, pursuant to F.R.C.P. 17, it is

ORDERED that Nicole Gardner, as Administratrix of the Estate of Sharon Ann Gardner, deceased, as Subrogee of Kevin Harper, is substituted as the Plaintiff in this case. The caption is amended to the following:

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NICOLE GARDNER, as Administratrix
of the Estate of Sharon Ann Gardner,
deceased, as Subrogee of Kevin Harper,

        Plaintiff,

                              Case No. CV 05-1055

v.

STATE FARM FIRE AND
CASUALTY COMPANY,

        Defendant.

*[Signature]*