IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE GARDNER, as Administratrix of the Estate of Sharon Ann Gardner, deceased as Subrogee of Kevin Harper,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | CASE NO. 05-CV-1055-GLL<br><br>The Honorable Gary L. Lancaster<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF COURT

This 13th day of Feb, 2006, it is ORDERED that the caption of the case is corrected as follows:

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

NICOLE GARDNER, as Administratrix
of the Estate of Sharon Ann Gardner,
deceased, as Assignee of Kevin Harper,

Plaintiff,

v.

Case No. CV 05-1055

STATE FARM FIRE AND
CASUALTY COMPANY,

Defendant.

*[signature]*