```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| NICOLE GARDNER, )<br>    Plaintiff, )<br> ) <br>    v.    ) Civil Action No. 05-1055<br> )<br>STATE FARM FIRE AND )<br>CASUALTY COMPANY, )<br>    Defendant. ) | |

## O R D E R

Therefore, this 16th day of March, 2006, IT IS HEREBY ORDERED that defendant's motion to compel [doc. no. 23] is GRANTED, IN PART and DENIED, IN PART.

Defendant's motion to compel responses to Defendant's First Set of Request for Admissions Directed to Plaintiff and to compel a response to Interrogatory No. 5 of Defendant's First Set of Amended Interrogatories and Request for Production of Documents Directed to Plaintiff are DENIED;

Defendant's motion to compel a response to Amended Document Request No. 2 of Defendant's First Set of Amended Interrogatories and Request for Production of Documents Directed to Plaintiff is GRANTED;

Defendant's motion to compel a response to Amended Interrogatory Nos. 1, 2, and 3 of Defendant's First Set of Amended Interrogatories and Request for Production of Documents Directed to Plaintiff is granted, in part, and denied, in part.

Plaintiff shall provide a response to Amended Interrogatory Nos. 1(b), 2(b), and 3(b) within 10 days of the date that this order is entered on the court's docket. Plaintiff shall not be required at this time to respond to the remaining sections of Amended Interrogatory Nos. 1, 2, or 3.

BY THE COURT:

_____, J.

cc:   All Counsel of Record