IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE GARDNER, as Administratrix of the Estate of Sharon Ann Gardner, deceased as Assignee of Kevin Harper,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | CASE NO. 05-CV-1055-GLL<br><br>The Honorable Gary L. Lancaster<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF COURT

AND NOW, this 5th day of June, 2006, State Farm's Motion to amend is granted and the Answer is amended as follows:

The Eighth Defense is amended to read as follows:

### EIGHTH DEFENSE

Plaintiff's claim is barred by operation of the Statute of Limitations under the circumstances.

To the Answer, the following defense is added:

### THIRTEENTH DEFENSE

Based upon the fact that this lawsuit was not authorized by the person in whose name it was filed at the time that it was filed, it should be dismissed.

BY THE COURT:

/s/ Lancaster