IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE GARDNER, ETC.,<br>    Plaintiff,<br><br>    v.<br><br>STATE FARM FIRE AND<br>CASUALTY COMPANY,<br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 05-1055<br>)<br>)<br>)<br>) |

ORDER

AND NOW, this 14th day of July, 2006, before the court is defendant's motion for summary judgment [document #42] and pleadings in support. A review of the record in this case reflects that, as of the date of this order, no deadline for the filing of summary judgment motions has been set. As a matter of fact, discovery is not to conclude until September 30, 2006 and discovery motions are still pending. Thus, the filing of a summary judgment motion is premature. Therefore, IT IS HEREBY ORDERED that defendant's motion for summary judgment [document #42] is DENIED WITHOUT PREJUDICE to the moving party's right to file such motion upon a more fully developed record and in accordance to a deadline established by the court.

BY THE COURT:

_____, J.
Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record