IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE GARDNER, as Administratrix of the Estate of Sharon Ann Gardner, deceased as Assignee of Kevin Harper,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br>   Defendant. | CASE NO. 05-CV-1055-GLL<br><br><br>The Honorable Gary L. Lancaster<br><br><br>JURY TRIAL DEMANDED |

## ORDER OF COURT

This __21st__ day of __July__, 2006, Defendant State Farm Fire and Casualty Company's Motion to Compel Discovery from Plaintiff concerning Attorneys' Fees is DENIED.

_____
[signature: J. L. Lancaster]

cc: All Counsel of Record