IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE GARDNER, as Administratrix of the Estate of Sharon Ann Gardner, deceased as Assignee of Kevin Harper,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | CASE NO. 05-CV-1055-GLL<br><br>The Honorable Gary L. Lancaster<br><br>**JURY TRIAL DEMANDED**<br><br>**Filed Electronically** |

## ORDER OF COURT

AND NOW, this 8th day of Sept., 2006, it appearing that counsel for State Farm has requested that the Post Discovery Status Conference originally scheduled for 2:30 P.M. on October 13, 2006 be postponed, owing to a scheduling conflict, and it appearing that counsel for Plaintiff has no objection to rescheduling that conference, and it appearing that counsel for both parties are available between October 30, 2006 and November 10, 2006, the Post Discovery Status Conference originally scheduled for 2:30 P.M. on October 13, 2006 is hereby postponed until November 2, 2006 at 4:30 PM.

BY THE COURT,

_____
United States District Judge

cc:   C. Leon Sherman, Esquire
      Amy Kubisiak, Esquire

c:\cases\Harper\Consent Order for Post Discovery Status Conference
09/07/06  02:02 pm  (dlc)